IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA MOATS, Derivatively on Behalf of Nominal Defendant ODYSSEY HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD R. BURNHAM, DOUGLAS B. CANNON, JOHN K. CARLYLE, DAVID W. CROSS, PAUL J. FELDSTEIN, DAVID C. GASMIRE, DEBORAH A. HOFFPAUIR, MARTIN S. RASH, SHAWN S. SCHABEL, and DAVID L. STEFFY, <br><br> Defendants, <br><br> and <br><br> ODYSSEY HEALTHCARE, INC., <br><br> Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:05-CV-1803-N <br> ECF |

## JOINT MOTION TO DISMISS

Plaintiff Lisa Moats; Individual Defendants Richard R. Burnham, Douglas B. Cannon, John K. Carlyle, David W. Cross, Paul J. Feldstein, David C. Gasmire, Deborah A. Hoffpauir, Martin S. Rash, Shawn S. Schabel, and David L. Steffy; and Nominal Defendant Odyssey Healthcare, Inc., hereby jointly move this Court to dismiss the above-captioned action. The parties do not make this request based upon a settlement or any other agreement. Instead, after taking into account various developments that have transpired since Plaintiff Moats first made demand upon the Board of Directors of Odyssey – including, but not limited to, this Court's dismissal with prejudice of the complaint in *In Re Odyssey Healthcare Inc. Securities Litigation*,

**JOINT MOTION TO DISMISS** – *Page 1*

Civil Action No. 3:04-CV-0844-N, and the resolution of a Department of Justice investigation, both of which addressed matters also addressed in Plaintiff's demand – Plaintiff has determined unilaterally to withdraw her demand upon Odyssey's Board of Directors, and to seek dismissal of this action. Neither Plaintiff nor her counsel will receive any consideration or compensation whatsoever in connection with the dismissal of this matter.

WHEREFORE, all parties to the above-captioned case respectfully and jointly pray that this Court approve the dismissal of this action pursuant to F ED. R. C IV. P. 23.1, and that it enter final judgment dismissing this action, with each party to bear his, her, or its own costs.

Respectfully submitted,

| | |
|---|---|
| **VIAL, HAMILTON, KOCH & KNOX, LLP** | **VINSON & ELKINS L.L.P.** |
| /s/ Mark W. Romney | /s/ Karen L. Hirschman |
| Mark W. Romney | Karen L. Hirschman |
| State Bar No. 17225750 | State Bar No. 09721500 |
| 1700 Pacific Avenue, Suite 2800 | Trammell Crow Center |
| Dallas, Texas 75201 | 2001 Ross Avenue, Suite 3700 |
| Telephone: (214) 712-4526 | Dallas, Texas 75201 |
| Facsimile: (214) 712-4402 | Telephone: (214) 220-7700 |
| | Facsimile: (214) 220-7716 |
| **SCHIFFRIN & BARROWAY, LLP** | |
| Eric L. Zagar | -and- |
| 280 King of Prussia Road | |
| Radnor, PA 19087 | Kenneth P. Held |
| Telephone: (610) 667-7706 | State Bar No. 24030333 |
| Facsimile: (610) 667-7056 | First City Tower |
| | 1001 Fannin Street, Suite 2300 |
| **ATTORNEYS FOR PLAINTIFF** | Houston, Texas 77002 |
| **LISA MOATS** | Telephone: (713) 758-2222 |
| | Facsimile: (713) 758-2346 |
| | |
| | **ATTORNEYS FOR DEFENDANTS RICHARD R. BURNHAM, DOUGLAS B. CANNON, JOHN K. CARLYLE, DAVID W. CROSS, PAUL J. FELDSTEIN, DAVID C. GASMIRE, DEBORAH A. HOFFPAUIR, MARTIN S. RASH, SHAWN S. SCHABEL, and DAVID L. STEFFY** |

**CARRINGTON, COLEMAN, SLOMAN
    & BLUMENTHAL, L.L.P.**


/s/ Ken Carroll
Ken Carroll
State Bar No. 03888500
David S. Coale
State Bar No. 00787255
Todd A. Murray
State Bar No. 00794350
Shelbi Barnhouse
State Bar No. 24027276
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:  (214) 855-3000
Facsimile:   (214) 855-1333

**ATTORNEYS FOR NOMINAL
DEFENDANT ODYSSEY HEALTHCARE,
INC.**

**JOINT MOTION TO DISMISS –** *Page 4*