IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA MOATS, Derivatively on Behalf of Nominal Defendant ODYSSEY HEALTHCARE, INC., <br><br>Plaintiff, <br><br>v. <br><br>RICHARD R. BURNHAM, DOUGLAS B. CANNON, JOHN K. CARLYLE, DAVID W. CROSS, PAUL J. FELDSTEIN, DAVID C. GASMIRE, DEBORAH A. HOFFPAUIR, MARTIN S. RASH, SHAWN S. SCHABEL, and DAVID L. STEFFY, <br><br>Defendants, <br><br>and <br><br>ODYSSEY HEALTHCARE, INC., <br><br>Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:05-CV-1803-N <br> ECF |

## AGREED FINAL JUDGMENT DISMISSING AND APPROVING DISMISSAL

Pursuant to the parties' Joint Motion to Dismiss, this Court finds and concludes that this action should be, and hereby is, DISMISSED. The Court hereby approves dismissal of this action pursuant to FED. R. CIV. P. 23.1, based upon the representations of the parties in their Joint Motion to Dismiss. Each party to this action shall bear his, her, or its own costs. This shall constitute an order of Final Judgment terminating all proceedings in this matter.

SO ORDERED, this 31 day of Oct, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED FINAL JUDGMENT DISMISSING AND APPROVING DISMISSAL – Page 1

AGREED AS TO FORM
AND SUBSTANCE:

| | |
|---|---|
| **VIAL, HAMILTON, KOCH & KNOX, LLP** | **VINSON & ELKINS L.L.P.** |

/s/ Mark W. Romney
Mark W. Romney
State Bar No. 17225750
1700 Pacific Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 712-4526
Facsimile: (214) 712-4402

**SCHIFFRIN & BARROWAY, LLP**
Eric L. Zagar
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ATTORNEYS FOR PLAINTIFF
LISA MOATS**

/s/ Karen L. Hirschman
Karen L. Hirschman
State Bar No. 09721500
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

-and-

Kenneth P. Held
State Bar No. 24030333
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 758-2346

**ATTORNEYS FOR DEFENDANTS
RICHARD R. BURNHAM, DOUGLAS B.
CANNON, JOHN K. CARLYLE, DAVID
W. CROSS, PAUL J. FELDSTEIN, DAVID
C. GASMIRE, DEBORAH A.
HOFFPAUIR, MARTIN S. RASH, SHAWN
S. SCHABEL, and DAVID L. STEFFY**

CARRINGTON, COLEMAN, SLOMAN
& BLUMENTHAL, L.L.P.

/s/ Ken Carroll
Ken Carroll
State Bar No. 03888500
David S. Coale
State Bar No. 00787255
Todd A. Murray
State Bar No. 00794350
Shelbi Barnhouse
State Bar No. 24027276
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333

**ATTORNEYS FOR NOMINAL
DEFENDANT ODYSSEY HEALTHCARE,
INC.**

# CASE CLOSED

**CASE NUMBER:**     <u>**3:05-CV-1803-N**</u>

**DATE:**     <u>**10-31-06**</u>

**TRIAL HELD:**     <u>**NO**</u>